AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
AUG 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

Natwan C. Logan

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-241

I, _Natwan C. Logan_, the above named defendant, who is accused of

_Conspiracy to Engage In Bank Fraud - 18 U.S.C. 1349_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _August 22, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _Gladys Kessler_
Judicial Officer