UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 06-241(GK) |
| | : | |
| | : | VIOLATIONS: 18 U.S.C. § 1349 |
| | : | (Conspiracy) |
| v. | : | |
| | : | |
| **NATWAN LOGAN,** | : | |
| | : | |
| **Defendant.** | : | |

FILED
AUG 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ELEMENTS OF OFFENSE

In order to sustain its burden of proof for the crime of conspiracy charged in Count One of the Information, the government must prove the following three (3) essential elements beyond a reasonable doubt:

(1) The conspiracy, agreement, or understanding to engage in bank fraud, as described in the Information, was formed, reached, or entered into by two or more persons;

(2) At some time during the existence or life of the conspiracy, agreement, or understanding, the defendant knew the purpose(s) of the agreement, and, with that knowledge, then deliberately joined the conspiracy, agreement, or understanding; and

(3) At some time during the existence or life of the conspiracy, agreement, or understanding, one of its alleged members knowingly performed one of the overt acts charged in the information and did so in order to further or advance the purpose of the agreement.[1]

To assist in determining whether there was a conspiracy, agreement or understanding to commit bank fraud, the government notes the following elements for bank fraud, in violation of 18

---

[1] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, Section 31.03 (modified) (5th Ed. 2002); 18 U.S.C. §1349.

U.S.C. § 1344, each of which the government must prove beyond a reasonable doubt: (1) the defendant knowingly executed a scheme to obtain the money, funds or other property owned by or under the control of a financial institution by means of material false or fraudulent pretenses, representations or promises; (2) the defendant did so with the intent to defraud; and (3) the financial institution was then insured by the Federal Deposit Insurance Corporation.[2]

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA

By: _____
G. BRADLEY WEINSHEIMER
Assistant United States Attorney
Bar Number 431796
United States Attorney's Office
555 4th Street, N.W., Room 5237
Washington, D.C. 20530
(202) 514-6991

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing by electronic mail on counsel for defendant, Fred Brynn, Esq., Washington D.C. 20004, this 17th day of August 2006.

_____
G. Bradley Weinsheimer
Assistant United States Attorney

---

[2] See id. at Section 47.11 (modified).