UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
                               :
                               :
    v.                         :   Criminal No. 06-241K)
                               :
                               :
NATWAN E. LOGAN,               :   **FILED**
                               :
        Defendant.             :   AUG 2 2 2006
_____:
                                   NANCY MAYER WHITTINGTON, CLERK
                                       U.S. DISTRICT COURT

## ORDER

It is hereby this 22nd day of August, 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Nov 3, 2006, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Nov 10, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Nov 16, 2006 at 4:15pm.

**IT IS SO ORDERED.**

                              Gladys Kessler
                              U.S. District Judge