U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | |
| NATWAN E. LOGAN : | Case No. 06-241 (GK) |
| : | |

**FILED**

AUG 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __22nd__ day of __AUGUST, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **or before August 29, 2006** by __Special Agent(s) Robert Schwinger or Al Tenuta__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __The Federal Bureau of Investigation__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Robert Schwinger or Al Tenuta__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Gladys Kessler_
Judge ~~U.S. Magistrate~~ Gladys Kessler

DOJ USA-16-1-80

DEFENSE COUNSEL