9930 Gay Drive
Upper Marlboro, MD  20772

October 31, 2006

The Honorable Gladys Kessler
United States District Court for the
    District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Kessler:

This letter concerns my husband, Natwan E. Logan.  I first met Natwan in May 1994.  At that time, I was a student at the George Washington University and he was serving in the United States Navy as a member of the Presidential Honor Guard.  The fact that he was a member of the Honor Guard immediately impressed me.  He was like a breath of fresh air.

I have always known Natwan to be clean-cut, ambitious, kind, considerate, and helpful.  Since I have known my husband, I have never heard anyone say anything derogatory about him, his character, or personality.  In fact, I have always been complimented on how warm and friendly he is and how he is always willing to help someone.

Natwan has always had a spirit to serve and help those in need.  This is one of the greatest gifts he possesses.  For example, he allowed the citizens of his patrol area to call his cell phone whenever there was a problem although it caused him to incur high charges from his telephone bill.  Of course I was concerned because we could not afford the high volume of calls, but, it did not bother Natwan because he saw this as a way to help the citizens in the community feel safer and know that someone cared about what was happening around them.

I also know Natwan to be a brave human being as he always ensures the safety of his family and those in the community in spite of the risks.  I always used to ask him if he was afraid of being killed while he was on duty.  His reply was, "If I die helping someone else, it doesn't matter."  My husband unselfishly risked his life to ensure the safety of others although there was a possibility he would not come home.

We have been married for a little over nine years.  He has been my best friend as we have grown together and gone through trials and triumphs.  We share a mutual respect for one another and support each other in achieving our goals, individually and collectively.

My husband is a man who is truly dedicated and committed to his family, as a husband and a father.  He is determined to be present in our daughters' lives as he feels it

is imperative for a child to have a father's love and guidance. He and I both work very hard to raise our girls and provide a loving and nurturing environment for them. Both of our daughters are "daddy's girls" and call for him when he is not around. Natwan truly lights up when he talks about our daughters and totally melts when he sees them. He drops them off and picks them up from school and participates in school activities. He also helps with homework.

I also admire his work ethic, determination, and ambition to excel at whatever position or goal he aims to achieve. This was evident as he received numerous accolades for his dedicated service in the Navy and as a police officer for the National Institutes of Health and Metropolitan Police Department. He always arrived to work early and more than often ended his tour of duty late in order to complete reports or other unfinished business. In addition, Natwan is currently studying to obtain his undergraduate degree from Columbia Southern University of Alabama. We pray that he will graduate by the end of December.

Most importantly, my husband is a man of God. Like myself, he was raised to be a God-fearing person and to strive to be the person that God would have him to be. I have watched him exercise his faith in God and how he lets God use him to always bring a kind word to someone or do a good deed. He truly lets his light shine by being pleasant and always treating others the way he would want to be treated.

In conclusion, there are many more wonderful things that I can say about my husband. I can honestly say that he is not a criminal. He is a dedicated father, son, husband, family man and most importantly a man of God striving to do what is right and be a productive member of society.

Sincerely,

Stephanie B. Logan

October 30, 2006


Honorable Gladys Kessler
United States District Court
District of Columbia
33 Constitution Ave
Northwest Washington DC


Honorable Gladys Kessler;

      I am writing this letter in regards to my son, Natawn E. Logan.  I'm proud to say that Natawn is my son.  I never had any major problems with him while he was growing up on the west side of Chicago.  I taught him to be responsible, respectful and honest and he never let me down.  He attended church as I directed him. He graduated with honors from Hales Franciscan High School which instilled in him their motto, "Unto Perfect Manhood." He continued his education in Chicago for a short time, but decided he wanted more for his life and thus joined the United States Navy on his own accord.

      While in the Navy, he was chosen proudly to serve on the Presidential Honor Guard by being a polished soldier.  He later received an honorable discharge.  Continuing to make his family proud, he married a beautiful young lady. As he continued to grow, he worked for the Police Office National Institute of Health, in Maryland.  Again, I was proud of him as he grew and became a responsible young man and husband.

      When he joined the Metropolitan D.C Police Department, as a mother I feared for the type of job he had chosen, but again he served this position through his dedication and by faithfully risking his life for the safety of others. I remember him calling me excited that he was receiving an award for Officer of the Month for his District.
I continue to hold high regards for my son, not only because he's my son, but a good husband, father, grandson, etc.  I'm proud that he's continuing his education and will graduate in December achieving his goal of becoming a teacher.

      As he lives so far away, I speak with him on the phone at least 8-10 times per week and he helps build a relationship between myself and my granddaughters.  My son is a credit to the young men of today's society.

      In closing, through all the tasks that he as faced, the outcome of these tasks has always been positive.  Through the Grace of God and the Judicial System, it is our hope that he is allowed to continue his life as he has thus far; a proud and upstanding young man.


                            Respectfully,

                            Phyllis Logan-Williams

# Ward Memorial A. M. E. Church

*241 – 42nd Street, NE*
*Washington, DC 20019*

*November 1, 2006*

*The Honorable Gladys Kessler*
*United States District Court*
*333 Constitution Avenue, NW*
*Washington, DC 20001*

*Dear Honorable Gladys Keesler:*

*I am writing this letter in support of the character of Mr. Natwan E. Logan. I have known Mr. Logan for over three years. In my twenty-nine (29) years of pastoral ministry, I have come to know hundreds of young men.  Mr. Logan is one of the finest men that I know.*

*He sincerely strives to be a good husband and father and a good member of Ward Memorial AME Church. He and his wife provide leadership for our Couple's Fellowship Ministry (under the guidance of the Pastor and First Lady). Mr. Logan has also been selected by the Scouting Support Committee to serve as our local Troop Scout Master. In this roll, he has done a great job. The troop has experienced significant growth under his leadership.*

*He is loved and respected here at Ward because of his sincere heart and pure motives.*

*He has demonstrated his love for his country by serving honorably in the United States Navy. He was selected to serve as a member of the elite Presidential Honor Guard. This speaks volumes about the caliber of person that he is.*

*He is presently in College and plans to continue his educational pursuits after graduation.*

*I wish that there were far more people like Mr. Logan in our world today.*

*If I may be of further assistance in this matter, please do not hesitate to contact me at 202-398-2500.*

*Sincerely*

*Rev. Dr. Conrad K. Pridgen, Pastor*

## 𝕲𝖗𝖊𝖆𝖙𝖊𝖗 𝕺𝖕𝖊𝖓 𝕯𝖔𝖔𝖗 𝕸.𝕭. 𝕮𝖍𝖚𝖗𝖈𝖍

1301 S. Sawyer Avenue • Chicago, Illinois 60623
Ph.# (773) 762-8753  Fax# (773) 762-0955

### 𝕽𝖊𝖛. 𝕽𝖎𝖈𝖍𝖆𝖗𝖉 𝕹𝖊𝖑𝖘𝖔𝖓, 𝕻𝖆𝖘𝖙𝖔𝖗



October 2, 2006

To Whom it May Concern:

I am pleased to forward this letter in reference to Natwan Logan.

I have been personally acquainted with Mr. Natwan Logan as his former Pastor for more than twenty years.  During this period I have observed him to be a very responsible, hardworking and sincere young man.  Mr. Logan grew up in this congregation.  His mother and other family members are still faithful members of the Greater Open Door Church.

His commitment to his church was demonstrated by his participation in our Youth Church ministry.  He was and continues to be well thought of among both the youth and the adults of the congregation.  He has demonstrated leadership skills and resourcefulness from an early age.

Natwan has commendable personal values and a strong desire to use his life in service to others, as proven in his chosen career in law enforcement.   He is a testament to the great things that can be accomplished when the seed of faith and determination are planted and nurtured in our youth.

Sincerely,

Pastor Richard Nelson, D.Min.

**DANNY K. DAVIS**
7TH DISTRICT, ILLINOIS

COMMITTEE ON
GOVERNMENT REFORM AND OVERSIGHT
COMMITTEE ON SMALL BUSINESS
COMMITTEE ON
EDUCATION AND THE WORKFORCE

# Congress of the United States

## House of Representatives

### Washington, DC 20515–1307

WASHINGTON OFFICE:
1526 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5006

☒  CHICAGO DISTRICT OFFICE:
3333 WEST ARTHINGTON STREET
SUITE 130
CHICAGO, ILLINOIS 60624
(773) 533–7520

☐  BROADVIEW DISTRICT OFFICE:
2301 ROOSEVELT ROAD
BROADVIEW, ILLINOIS 60155
(708) 345–6857

October 30, 2006

To Whom It May Concern:

RE: Natwan Logan

It has been my pleasure to know and interact with Natwan Logan for a number of years. and it has always been my observation that he is serious-minded, logical, rational, easy to get along with, easy to work with and a delight to simply be around.

Natwan is an intelligent, hardworking individual who is self-reliant, self-motivated and self-directed. He has a great work ethic and a strong desire to achieve. He is success orientated and I have little doubt that he will continue to be successful in whatever directions his desires and life experiences take him.

Sincerely,

Danny K. Davis
Member of Congress

Ward Memorial A.M.E. Church
241 42nd Street, NE
Washington, DC 20019

October 27, 2006

The Honorable Gladys Kessler
United States District Court for the
    District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dears Judge Kessler:

I am very proud to write this character letter for Mr. Natwan E. Logan, whom I have known for approximately twelve years. I consider Natwan to be a member of my extended family and a "mighty young man" of God. He is always involved in an event at church.

I first met Natwan when he started dating Stephanie, later to be his wife. From the beginning, I was impressed with his desire to be a good husband and a valuable member of society. He was kind, thoughtful, courteous and goal-oriented. He became an integral part of the Gray-Brahame family. As their family grew, Natwan became a devoted father to his two daughters.

As an officer of Ward Memorial A.M.E. Church, I have had many opportunities to observe Natwan's spiritual growth. I was there when he joined the church, and also became the Boy Scout leader. Natwan and Stephanie have opened their home many times to other members of our Couples Ministry.

Natwan demonstrated his strong desire to give back to the community when he organized a workshop for persons interested in starting a small business. His own business is off to a good start because of his determination and perseverance. It is not often that one has the opportunity to observe this type of growth in a young person. I am thankful that I have had this opportunity and that Natwan E. Logan is a part of my life and the life of our church.

Sincerely,

Elaine M. Clark
Secretary, Board of Stewards
Ward Memorial A.M.E. Church

September 6, 2006


To Whom It May Concern:

I have been impressed with Natwan Logan all of his life, he has always been an inspiration to his family and his friends. I have watch this young man grow up and his life was one of which God would have been very pleased. He demonstrated empathy and compassion for those less fortunate.

Natwan has made special effort to help his cousins stray out of trouble and out of the 17 boys that God has blessed our family with, he is the one that the other boys look up to. Natwan is an excellent husband as well as a excellent father to his two small girls. I help raised this young man I know we did a very good job. Thank you in advance for the opportunity to share my trust and love for Natwan.


Minister Venus Carr

September 30, 2006


To whom it may concern:


I have known Mr. Natwan Logan for over 30 years. He is a very respectable and a dependable individual.  Mr. Logan worked with me in his earlier years in Chicago. He has always shown me that he is a very hard worker and not to mention a very good father and loyal husband.  I could rely on him to always take a leadership attitude.  As his uncle Mr. Logan is an active member in his church, he serves as a marriage mentor and I am very proud to have him as a nephew and he is truly a man of God.


If you have any further inquires please do not hesitate to call me, Brother Melvin Burnom at 773-593-7988.


Respectfully,


Brother Melvin Burnom

September 22, 2006

To Whom It May Concern,
My name is Charlotte Simmons and I reside in the city of Chicago where I am employed In the Health care industry as a nurse for over 20 years.

I have known Mr. Natwan Logan for over five years. During this time I have been a welcomed visitor in his home shared with his wife and two young daughters. When I met Twan as he is affectionately called I was struck by his maturity and the reverence with which he regards his mother. His attentiveness to his family was quite refreshing and he made me feel at home in no time .

Twan talked of his goals and plans for his family. Natwan is an industrious young man with a vision. So to hear of this legal problem he is facing is quite disturbing. This is totally out of character and in no way reflective of the young man I know and respect.

Twan was a good student, graduated high school, attended college and never caused his mom a moment's worry.

Twan was wise enough to know he had options, Twan joined the service at a young age to avoid the trapping of the streets. He didn't want to be just another young black man with a number across his chest. He didn't want to be a statistic. He chose to serve in the military receiving an honorable discharge. He has been a credit to his country, a son any parent would be proud of and dependable, responsible husband and father.

Natwan is as am I anxious to have this matter resolved in the only way it should be resolved and that is by allowing him to continue to do what he has his whole life and that is to live a life above reproach.

Thank you.
Sincerely,

Charlotte Simmons
12861 So. Parnell
Chicago, Illinois 60628

**DEPARTMENT OF HEALTH & HUMAN SERVICES**             Public Health Service



National Institutes of Health
Bethesda, Maryland 20892

January 28, 2000

Letter of Recognition and Performance
Detective Natwan Logan

To Whom it May Concern:

Detective Logan has demonstrated a level of proficiency and dedication distinctly greater than
that expected of an average Police Officer. Detective Logan recognizes and sustains a high
quality work performance in the fields of law enforcement, administration and other professional
fields. Detective Logan has unique skills and a creative imagination to the approach or solutions
of problems or noteworthy technical and professional contributions to improving efficiency,
effectiveness and productivity in the law enforcement field. Detective Logan has distinguished
himself in the Police Branch through singularly significant achievements which have contributed
substantially to the mission of the Federal law enforcement fields.

Lieutenant George Webb
Supervisor, NIH Police Branch
Office - 301-496-2387 or 301-402-7391

# Hales Franciscan High School

## This Certifies That

### Natwan Logan

has satisfactorily completed the Course of Studies

prescribed by the Faculty and is entitled to this

# Diploma

Given at Chicago, in the State of Illinois,

May 24, 1992.

Principal
Charles E. Payne, Jr.
President

# Department of the Treasury

## Federal Law Enforcement Training Center

### Glynco, Georgia

By authority of the Board of Directors and on
recommendation of the Faculty awards this

## Certificate of Graduation

to

### NATWAN E. LOGAN

for having completed all requirements in the

Mixed Basic Police Training Program MBPTP-808

MAY 22, 1998
_____
*Date*



*N Ranger Basham*
*Director*



# Metropolitan Police Department

## Washington, D.C.

*Lateral Class 2000-02*

Issues this certificate thereby certifying that

*Natwan E. Logan*

Has successfully completed the course of instruction at the
Institute of Police Science, and has attained the required proficiency therein.

Given in Washington, D.C. this 28th day of July, 2000



# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY   04781

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| LOGAN, NATWAN EDDIE | NAVY USN | 332 \| 64 \| 1597 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH *(YYMMDD)* | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| YN3 | E4 | 74FEB17 | Year 01   Month 03   Day 19 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)* |
|---|---|
| CHICAGO MEPS, DES PLAINES, IL | 3718 WEST GRENSHAW <br> CHICAGO, IL 60624 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| VX-1 PATUXENT RIVER, MD | NAVAL AIR STATION PATUXENT RIVER, MD |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE    None |
|---|---|
| NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149 | Amount: $ 100,000.00 |

| 11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)* | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| YN - 0000 (YEOMAN) | a. Date Entered AD This Period | 93 | APR | 26 |
| | b. Separation Date This Period | 97 | APR | 25 |
| | c. Net Active Service This Period | 04 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 01 | 06 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 96 | DEC | 16 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)* |
|---|
| NATIONAL DEFENSE SERVICE MEDAL/FIRST NAVY GOOD CONDUCT AWARD FOR PERIOD ENDING 25ARP96/ |

| 14. MILITARY EDUCATION *(Course title, number of weeks, and month and year completed)* |
|---|
| YEOMAN CLASS "A" SCHOOL,7WKS,OCT95/JOB STRAND III,4WKS,AUG95/ |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | XX | | XX | | 1.5 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X | Yes | | No |
|---|---|---|---|---|

| 18. REMARKS |
|---|
| The information contained herein is subject to computer matching within the Department of Defense or with other affected federal and non-federal agencies for verification purposes and to determine eligibility for, and continued compliance with, the requirement of the Federal Benefits Program. |

| 19.a. MAILING ADDRESS AFTER SEPARATION *(Include Zip Code)* | 19.b. NEAREST RELATIVE *(Name and address - include Zip Code)* |
|---|---|
| 140 36TH STREET NE <br> WASHINGTON, DC 20019 | PHYLLISTINE LOGAN(MOTHER)-5019 W. <br> JACKSON APT D, CHICAGO, IL 60644 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO   **DC** | DIR. OF VET AFFAIRS   X   Yes   No | 22. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title and signature)* |
|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED <br> *Natwan E Logan* | | C. M. HODGE   LNC   USN   PERSOFF PXDIROIC |

DD Form 214, NOV 88   S/N 0102-LF-006-5500 *Previous editions are obsolete.*     MEMBER - 1

| 23. TYPE OF SEPARATION **RELEASED FROM ACTIVE DUTY AND TRANSFERRED TO NAVAL RESERVE** | 24. CHARACTER OF SERVICE *(Include upgrades)* <br> HONORABLE | |
|---|---|---|
| 25. SEPARATION AUTHORITY <br> MILPERSMAN 3620150 | 26. SEPARATION CODE <br> MBK | 27. REENTRY CODE <br> RE-R1 |
| 28. NARRATIVE REASON FOR SEPARATION <br> COMPLETION OF REQUIRED ACTIVE SERVICE. | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD <br> TL-NONE | | 30. MEMBER REQUESTS COPY 4 <br> *NEL*   Initials |

DD Form 214, NOV 88   S/N 0102-LF-006-5500 *Previous editions are obsolete.*



**DEPARTMENT OF THE TREASURY**
**FEDERAL LAW ENFORCEMENT TRAINING CENTER**
**GLYNCO, GEORGIA 31524**

LET 1   (OGT/PSD)                         May 22, 1998


Mr. Natwan E. Logan
National Institutes of Health
Bethesda, MD

Dear Mr. Logan:

    Physical fitness is an important attribute for any law
enforcement officer.  It can have a real impact on an officer's
ability to meet the many demands and responsibilities associated
with the law enforcement profession.

    Your score of 482.98 out of a possible 500 was the highest
score in the Physical Efficiency Battery for Mixed Basic Police
Training Program Class Number MBPTP-808.  It is indeed a pleasure
to award the enclosed certificate in recognition of your
demonstrated level of physical fitness.  This is an
accomplishment of which you and your organization can be
justifiably proud.  Congratulations.

                              Sincerely,

                              Gregory F. Vaughn
                              Chief
                              Physical Techniques Division


Enclosure

**CRIMINAL JUSTICE ADMIN.-UPPER DIVISION**
(Select from the course list below if Hours Needed.)

| Required Hrs | Transfer Hrs | Hours Needed |
|---|---|---|
| 60 | 15 | 45 |

**CSU COURSE LIST**

| Course # | Course Name | Hrs |
|---|---|---|
| BCJ 3002 | Theory And Practices Of Correctio | 3 |
| BCJ 4001 | Procedures In The Justice System | 3 |
| BCJ 3501 | Criminology | 3 |
| BCJ 4301 | Supervision In Criminal Justice | 3 |
| BCJ 3201 | Juvenile Delinquency | 3 |
| BCJ 4701 | Criminal Justice Org And Administ | 3 |
| BHR 2551 | Human Relations And Developmen | 3 |
| BCJ 4501 | Leadership | 3 |
| BCJ 2385 | Workplace Security | 3 |
| BCJ 3301 | Judicial Process | 3 |
| BCJ 4201 | Race And Ethnic Relations | 3 |
| BCJ 3950 | Constitutional Law For Criminal Ju | 3 |
| BCJ 4601 | Criminal Justice Current Topics | 3 |
| BCJ 4401 | Descriptive Stats For Criminal Jus | 3 |
| BCJ 4350 | Criminal Justice Directed Studies | 3 |

**TRANSFER CREDIT INFORMATION**

| Course # | Course Name | Hrs | Institution/ACE |
|---|---|---|---|
| POST | Theory of Law Enforcement | 3 | POST |
| POST | Criminal Evidence | 3 | POST |
| POST | Criminal Investigation | 3 | POST |
| POST | Patrol Operations | 3 | POST |
| POST | Criminal Law | 3 | POST |

---

**SEMESTER HOUR TOTALS**

| | Required Hrs | Transfer Hrs | Hours Needed |
|---|---|---|---|
| | 121 | 45 | 76 |

**TRANSFER CREDIT SUMMARY**

| Institution | Semester Hrs |
|---|---|
| POST | 15 |
| Strayer University | 6 |
| SMART | 24 |
| Total | 45 |

*End of Application Evaluation Report for Logan, Natwan E., Application ID: 114783*

*Spane*
*Clep*
*center* *(301) 423-5124*

# Columbia Southern University

## APPLICATION EVALUATION REPORT

**Applicant**

Logan, Natwan E.
9930 Gay Dr
Upper Marlboro, MD 20772

**Applicant Status:** Approved
**Application #** 114783
**Applicant ID** 1674225
**Home Phone** (301)877-0462
**Work Phone** (202)727-4655

**Evaluation Date:**

**Degree Program**

B.S. - Criminal Justice Administration

---

**PROGRAM REQUIREMENTS**

| **ORIENTATION** (Select from the course list below if Hours Needed.) | | | Required Hrs 1 | Transfer Hrs 0 | Hours Needed 1 |
|---|---|---|---|---|---|

*CSU COURSE LIST*

| Course # | Course Name | Hrs |
|---|---|---|
| OR 1010 | CSU Student Orientation | 1 |

| **ENGLISH COMPOSITION** (Select from the course list below if Hours Needed.) | | | Required Hrs 6 | Transfer Hrs 0 | Hours Needed 6 |
|---|---|---|---|---|---|

*CSU COURSE LIST*

| Course # | Course Name | Hrs |
|---|---|---|
| EH 1010 | English Composition I | 3 |
| EH 2010 | English Composition II | 3 |

→ *6hrs Clep*

| **MATH** (Select from the course list below if Hours Needed.) | | | Required Hrs 3 | Transfer Hrs 3 | Hours Needed 0 |
|---|---|---|---|---|---|

*TRANSFER CREDIT INFORMATION*

| Course # | Course Name | Hrs | Institution/ACE |
|---|---|---|---|
| MAT 100 | Fundamental of Math | 3 | SU |

| **HISTORY** (Select from the course list below if Hours Needed.) | | | Required Hrs 6 | Transfer Hrs 0 | Hours Needed 6 |
|---|---|---|---|---|---|

*CSU COURSE LIST*

*Clep*

| Course # | Course Name | Hrs |
|---|---|---|
| HY 1010 | Western Civilization I | 3 |
| HY 2010 | Western Civilization II | 3 |
| HY 1110 | American History | 3 ✓ |
| HY 2050 | Eastern Civilization | 3 |

*3 hrs*

---

Columbia Southern University / 24847 Commercial Avenue / Orange Beach, AL 36561
800-977-8449 / Fax (251) 981-3815 /admissions@columbiasouthern.edu

| HUMANITIES/FINE ARTS/COMMUNICATIONS (Select from the course list below if Hours Needed.) | | Required Hrs 12 | Transfer Hrs 0 | Hours Needed 12 |
|---|---|---|---|---|

CSU COURSE LIST

| Course # | Course Name | Hrs |
|---|---|---|
| AL 1010 | American Literature | 3 |
| AL 2010 | American Literature II | 3 |
| AR 1010 | Art History | 3 |
| PHL 1010 | Critical Thinking | 3 |
| CM 1010 | Business Communications | 3 |
| SP 1010 | Speech | 3 |

| NATURAL SCIENCES (Select from the course list below if Hours Needed.) | Required Hrs 8 | Transfer Hrs 8 | Hours Needed 0 |
|---|---|---|---|

TRANSFER CREDIT INFORMATION

| Course # | Course Name | Hrs | Institution/ACE |
|---|---|---|---|
| NER SN-002 | Seamanship | 3 | SMART |
| NER SN-002 | Navigation | 3 | SMART |
| NER SN-002 | Swimming | 2 | SMART |

| BEHAVIOR/SOCIAL SCIENCES (Select from the course list below if Hours Needed.) | Required Hrs 6 | Transfer Hrs 0 | Hours Needed 6 |
|---|---|---|---|

CSU COURSE LIST

| Course # | Course Name | Hrs |
|---|---|---|
| PSY 1010 | General Psychology | 3 |
| SOC 1010 | Intro To Sociology | 3 |
| PS 1010 | American Government | 3 |
| PS 2010 | American State And Local Politics | 3 |
| PSY 2010 | Abnormal Psychology | 3 |

*3 hrs clep* (handwritten)

| ELECTIVES (Select from the course list below if Hours Needed.) | Required Hrs 19 | Transfer Hrs 19 | Hours Needed 0 |
|---|---|---|---|

TRANSFER CREDIT INFORMATION

| Course # | Course Name | Hrs | Institution/ACE |
|---|---|---|---|
| ACC 100 | Accounting I | 3 | SU |
| NER YN-003 | Computer Software App | 3 | SMART |
| NER YN-003 | Records Mgt | 3 | SMART |
| NER YN-003 | Clerical Procedures | 3 | SMART |
| NV 2202-016 | Basic Training | 3 | SMART |
| NER YN-002 | Typing | 2 | SMART |
| NER YN-002 | Record Keeping | 1 | SMART |
| NER YN-002 | ADP Operations | 1 | SMART |

# COLUMBIA SOUTHERN UNIVERSITY
## STUDENT RECORD REPORT

Date Printed    01/17/2006

**Student Information**

Mr. Natwan E. Logan
9500 Gay Dr
Upper Marlboro MD 20772

Student # 103598
SS # 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
Birth Date: 02/17/1974
Enrolled: 03/09/2005

**Programs Enrolled**

B.S. Criminal Justice Administration

| CRE No | Couse No | Course Name | Book Shipped | Start Date | Units | Grade | Date Comp |
|--------|----------|-------------|--------------|------------|-------|-------|-----------|
| | OR 1010 | CSU Student Orientation | | 03/21/2005 | 1 | 90 A | 05/09/2005 |
| | BCJ 3002 | Theory And Practices Of Corrections | 03/10/2005 | 03/21/2005 | 3 | 81 B | 06/16/2005 |
| | HY 1110 | American History | 07/05/2005 | 07/11/2005 | 3 | 80 B | 09/04/2005 |
| | BCJ 4201 | Race And Ethnic Relations | | | 3 | TR | |
| | BCJ 3301 | Judicial Process | | | 3 | TR | |
| | BCJ 4001 | Procedures In The Justice System | | | 3 | TR | |
| | BCJ 4350 | Criminal Justice Directed Studies | | | 3 | TR | |
| | BCJ 3501 | Criminology | | | 3 | TR | |
| | BCJ 2385 | Workplace Security | | | 3 | TR | |
| | BCJ 4601 | Criminal Justice Current Topics | | | 3 | TR | |
| | PSY 1010 | General Psychology | | | 3 | TR | |

34
+45
79

79
36
15

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# C E R T I F I C A T E

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the **28th** day of **March , 2006**  *Articles of Organization of:*

**NEL'S CLEANING SERVICE, LLC**

**WE FURTHER CERTIFY** that the above named Company is in **Good Standing** and duly organized and existing according to the records of Corporations Division, having filed all reports as required by the District of Columbia Limited Liability Company Act.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **28th** day of **March , 2006 .**

Patrick J. Canavan, Psy. D.
Director

Business and Professional Licensing Administration

Patricia E. Grays
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Business License Center – Room 1100
941 North Capitol Street, N.E.
Washington, D.C. 20002

Unique Business ID#33264XXXX-115265

# CERTIFICATE of REGISTRATION

**THIS IS TO CERTIFY** that all applicable Trade Name requirements of the Omnibus Regulatory Reform Act of 1998 have been complied with and accordingly, this *CERTIFICATE OF REGISTRATION is* hereby issued to:

**NATWAN EDDIE LOGAN**

**Trade Name: NEL'S CLEANING SERVICE**

**As of: March 15, 2006**

Patrick J. Canavan, Psy. D.
Director

Department of Consumer and Regulatory Affairs
Building and Land Regulation Administration
941 North Capitol Street N.E. room 2100
Washington D.C. 20002
Tel. (202) 442 - 4470    Fax (202) 442 - 4862



# HOP

## HOME OCCUPATION PERMIT

PERMIT NO.
HOP 115568

DATE : 4/11/2006

| ISSUED DATE: | BZA NO. | EXPIRATION DATE: |
|---|---|---|
| Apr - 11 - 2006 | | NONE |

| ADDRESS OF HOME OCCUPATION: | PREMISES OCCUPIED BY: |
|---|---|
| 140  36TH  ST  NE | TENANT |

| NAME OF RESIDENT: | BUSINESS STRUCTURE: | PRCLID : | 5046 | -0000- | 0031 |
|---|---|---|---|---|---|
| | | | (square) | | (lot) |
| NATWAN E. LOGAN | Sole Proprietor | WARD : | 7 | ZONE : | R5A |

| TYPE OF BUSINESS: | NAME OF BUSINESS: |
|---|---|
| CLEANING SERVICE WHICH SPECIALIZES IN RESIDENTIAL AND COMMERCIAL CLEANING | NEL'S CLEANING SERVICE |

| CONDITION OF PERMIT: | PERMITTED USE: | BUSINESS HRS: |
|---|---|---|
| | | 12:00am TO 12:00am |

This permit shall be conspicuously posted on the above premises at all times. It is valid indefinitely, unless an expiration date is stated only for purposes indicated above, and is not transferable to another person or premises under any conditions. Any change in type of business, ownership of business, or part of the premises used thereof, will render this permit void and a new permit must be obtained.

FEE :

APPL: $33.00
PMT: $33.00

Patrick J. Canavan, Psy. D.
DIRECTOR

PERMIT CLERK:

