HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>06-CR-241</u>
:
vs. : SSN:
:
LOGAN, Natwan E. : Disclosure Date: <u>October 12, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____       10/26/06
**Prosecuting Attorney**              Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 10-27-06        _____ 10/27/06
**Defendant**       Date         **Defense Counsel**  Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>October 26, 2006</u>, to U.S. Probation Officer <u>Renee Moses-Gregory</u>, telephone number <u>(202) 565-1348</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
United States Probation Officer

*The Law Firm Of*
# FREDERICK J. BRYNN, P.C.
*A Professional Corporation*
922 Pennsylvania Avenue, SE
Washington, D.C. 20003

Frederick J. Brynn*
Of Counsels: Stephen Brenwald**
Raymond Carrignan**
*VA and DC
**MD and DC

Writer's email fred.brynn@Brynnlaw.com
Tel. (202) 544-7200
Fax: (202) 544-7626

October 27, 2006

Via Facsimile Only
(202) 273-0242
Renee Moses-Gregory
U.S. Probation

Re:   Natwan Logan
      Docket No. 06-CR-241

Dear Ms. Moses-Gregory:

    I just received a copy of the PSI from the prosecutor in this matter. I apologize for the delay in getting our objections back to you. I do not have the form, so please accept this letter in lieu of it. We concur in the objections noted by Brad Weinsheimer in this matter. We also object specifically to the 18 point assessment for the reasons Mr. Weinsheimer expressed. We contend that Mr. Logan should be assessed at the 16 point level and the corresponding sentence range of 21 to 27 months. I appreciate your assistance.

Sincerely,

Frederick J. Brynn

FJB/